UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Alderson et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11324-GAO |
| Boyd-Taylor et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11325-GAO |
| Bouche et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11326-GAO |
| Anderberg et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11346-GAO |
| Fowler et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11351-GAO |
| Allen-Dixon et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11352-GAO |
| Barber et al. v. Indevus Pharmaceuticals, Inc. et al | CA 04-11353-GAO |

## NOTICE OF CONFERENCE

A case status conference is scheduled for Tuesday, July 13, 2004, at 2:30 p.m. in Courtroom 9 before the Honorable George A. O'Toole, Jr. Please mark your calendar accordingly.

TONY ANASTAS,
CLERK OF COURT

Dated: June 29, 2004

By Paul S. Lyness
Deputy Clerk