UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PENNY L. FOWLER, JULIA C. GRAHAM, LISA G. GUNTER, MARILYN D. HAAS, DEBORAH HAEFFNER, SHARON R. HARWELL, DEBORAH K. HOLT, TRUDY HOWARD, CHRISTINE M. KINLEY, SHIRLEY K. MAPLES, SHANNON MCCARTY, MADELENE MORALES, TERRI D. NEWSOM, DIANE O'NEIL, VITINA PACELLO, LORI A. RIDER, LASHAWNA L. ROBINSON, RUDY B. SANGSTON, BARBARA SHAFER, FAYE L. TENTOU, KRISTINA R. TRAUGHBER, TINA A. VANBUSKIRK, ALISHA G. WHITE, KAREN S. WHOMBLE, MILDRED (MILLIE) L. YOUNG,

    Plaintiffs.

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11351-GAO

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 6, 2004                                                    Respectfully submitted,
      Boston, Massachusetts

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

Of Counsel:
Barbara Wrubel                                  One Beacon Street
Katherine Armstrong                             Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                           (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                  Counsel for Defendant
 Boehringer Ingelheim Pharmaceuticals, Inc.