UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PENNY L. FOWLER, JULIA C. GRAHAM, LISA G. GUNTER, MARILYN D. HAAS, DEBORAH HAEFFNER, SHARON R. HARWELL, DEBORAH K. HOLT, TRUDY HOWARD, CHRISTINE M. KINLEY, SHIRLEY K. MAPLES, SHANNON MCCARTY, MADELENE MORALES, TERRI D. NEWSOM, DIANE O'NEIL, VITINA PACELLO, LORI A. RIDER, LASHAWNA L. ROBINSON, RUDY B. SANGSTON, BARBARA SHAFER, FAYE L. TENTOU, KRISTINA R. TRAUGHBER, TINA A. VANBUSKIRK, ALISHA G. WHITE, KAREN S. WHOMBLE, MILDRED (MILLIE) L. YOUNG,

    Plaintiffs.

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. 04-11351-GAO

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated: July 6, 2004  
      Boston, Massachusetts

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Counsel for Defendant  
Boehringer Ingelheim Pharmaceuticals, Inc.