UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

PENNY L. FOWLER, JULIA C. GRAHAM, LISA G. GUNTER, MARILYN D. HAAS, DEBORAH HAEFFNER, SHARON R. HARWELL, DEBORAH K. HOLT, TRUDY HOWARD, CHRISTINE M. KINLEY, SHIRLEY K. MAPLES, SHANNON MCCARTY, MADELENE MORALES, TERRI D. NEWSOM, DIANE O'NEIL, VITINA PACELLO, LORI A. RIDER, LASHAWNA L. ROBINSON, RUDY B. SANGSTON, BARBARA SHAFER, FAYE L. TENTOU, KRISTINA R. TRAUGHBER, TINA A. VANBUSKIRK, ALISHA G. WHITE, KAREN S. WHOMBLE, MILDRED (MILLIE) L. YOUNG,

    Plaintiffs,

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A INTERNEURON PHARMACEUTICALS, INC.; WYETH, INC., F/K/A AMERICAN HOME PRODUCTS CORPORATION; WYETH PHARMACEUTICALS, INC F/K/A WYETH-AYERST PHARMACEUTICALS, INC., A DIVISION OF AMERICAN HOME PRODUCTS CORPORATION; AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.,

    Defendants.

Civil Action
No. 04-11351-GAO

---

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: August 2, 2004			Respectfully submitted,
      Boston, Massachusetts

                        /s/Matthew J. Matule
                        Matthew J. Matule (BBO #632075)
                        SKADDEN, ARPS, SLATE,
Of Counsel:				  MEAGHER & FLOM LLP
Barbara Wrubel				One Beacon Street
Katherine Armstrong			Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,			(617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000				Counsel for Defendant,
                                      Indevus Pharmaceuticals, Inc.