UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------x
PENNY L. FOWLER, JULIA C. GRAHAM, :
LISA G. GUNTER, MARILYN D. HAAS,
DEBORAH HAEFFNER, SHARON R. :
HARWELL, DEBORAH K. HOLT, TRUDY
HOWARD, CHRISTINE M. KINLEY, SHIRLEY :
K. MAPLES, SHANNON MCCARTY,
MADELENE MORALES, TERRI D. NEWSOM, :
DIANE O'NEIL, VITINA PACELLO, LORI A.
RIDER, LASHAWNA L. ROBINSON, RUDY B. :
SANGSTON, BARBARA SHAFER, FAYE L.
TENTOU, KRISTINA R. TRAUGHBER, TINA :
A. VANBUSKIRK, ALISHA G. WHITE,
KAREN S. WHOMBLE, MILDRED (MILLIE) L. :
YOUNG,
                                        :
        Plaintiffs,                        Civil Action
v.                                      :  No. 04-11351-GAO
                                        :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME     :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-    :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS   :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,     :
                                        :
        Defendants.
----------------------------------------x

**CORPORATE DISCLOSURE STATEMENT
<u>OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.</u>**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: August 2, 2004
      Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant,
Indevus Pharmaceuticals, Inc.